Opinion issued October 7, 2021



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00300-CV

————————————

**WBL SPO I, LLC, Appellant**

**V.**

**SHARE THE LOVE CORPORATION D/B/A WEST TRAVEL INN, ELIEZER LISBOA, OTONIEL MEDINA LISBOA, AND TRES DIAMANTES INVESTMENT, INC., Appellees**

---

On Appeal from the 164th District Court
Harris County, Texas
Trial Court Case No. 2020-77757

---

## MEMORANDUM OPINION

Appellant, WBL SPO I, LLC, appealed from the trial court's March 12, 2021 final judgment. On September 16, 2021, appellant filed a "Motion to Dismiss Appeal," requesting that this Court dismiss the appeal.

Appellant's motion does not include a certificate of conference stating that appellant had conferred, or made a reasonable effort to confer with appellees, Share the Love Corporation, doing business as West Travel Inn, Eliezer Lisboa, Otoniel Medina Lisboa, and Tres Diamantes Investment, Inc., regarding the relief requested in appellant's motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Farris.